JULIUS GROLOCK, ADMINISTRATOR, ET AL. *vs.* EMIL
HAEFENFELDTZ ET ALS.

Third Judicial District.

Argued November 2d—decided November 7th, 1923.

SUIT to secure the erasure of a deed from the land records of Bridgeport, upon the ground that it had never been delivered by the grantor, since deceased, brought to and tried by the Superior Court in Fairfield County, *Brown, J.;* facts found and judgment rendered erasing the deed from the land records, and appeal by the defendants. *No error.*

*Thomas M. Cullinan,* for the appellants (defendants).

*Joseph G. Shapiro* and *Harry Allison Goldstein,* for the appellee (plaintiff).

PER CURIAM. The errors assigned are all predicated upon corrections of the finding. We have duly considered the evidence and cannot hold that the court found facts or failed to find facts, essential to the judgment, incorrectly. The conclusions of the trial court could have been reasonably reached upon the evidence and the inferences drawn from it.

There is no error.